**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MICHAEL J. PENDLETON,       :    No. 64 WM 2016

           Petitioner

           v.

COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,

           Respondent

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of June, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**.